IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MAJDOLEEN A. KHATTAB,
ADMINISTRATOR, ESTATE OF AFFAN
MOHAMAD KHATTAB, DECEASED,

  Plaintiff,

v.     Case No. 3:21-cv-00789

BERKLEY REGIONAL INSURANCE
COMPANY,

AND

INTEGON GENERAL INSURANCE
CORPORATION,

  Defendants.

## BERKLEY REGIONAL INSURANCE COMPANY'S COUNTERCLAIM FOR DECLARATORY JUDGMENT

Berkley Regional Insurance Company ("Berkley"), by counsel, hereby files this Counterclaim against to Majdoleen A. Khattab, Administrator, Estate of Affan Mohamad Khattab, Deceased ("Khattab") seeking a declaration of rights and obligations, and states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 2201 and 1332.

2. Venue is proper pursuant to 28 U.S.C. § 1391.

3. The amount in controversy exceeds $75,000.

4. Pursuant to 28 U.S.C. § 2201, Berkley seeks a declaration of the parties' rights and obligations under the business auto insurance policy at issue in this proceeding.

**PARTIES**

5. Berkley is an insurance company incorporated under the laws of Iowa and has its principal place of business in Iowa.

6. Khattab is a natural person and is a citizen of the Commonwealth of Virginia, was and was appointed in Virginia as the administrator of the Estate of Affan Mohamad Khattab, who was also a citizen of the Commonwealth of Virginia.

**FACTS**

7. This declaratory judgment action arises from a wrongful death action filed by Khattab against Diane Elaine Harvey ("Harvey") in the Circuit Court for the County of Henrico, Virginia, case no. CL21-5116 (the "Wrongful Death Action"), as well as a Business Auto Policy no. QTA 4AK0000634-10 (the "Policy") issued by Berkley to named insureds Richmond Express, Inc. and Richmond Express Medical Division, Inc. (the "Berkley Policy"). A copy of the Amended Complaint filed in the Underlying Tort Suit is attached as Exhibit A. A copy of the Berkley Policy and associated documents are attached as Exhibit B.

8. In the Wrongful Death Action, Khattab alleges that Affan Mohamad Khattab was killed in an accident on May 25, 2021 (the "Accident") when he was struck by a vehicle being operated by tort defendant Harvey. *See generally*, Ex. A.

9. In the Wrongful Death Action, Khattab alleges that he was injured as a result of Harvey's negligence. The Wrongful Death Action includes an *ad damnum* of $10,000,000 in compensatory damages and $350,000 in punitive damages. *See generally*, Ex. A.

10. Upon information and belief, at the time of the Accident, Harvey was insured under a personal auto liability policy with liability limits of $100,000, which have been tendered to Khattab.

11. Khattab served the Wrongful Death action on both Berkley and Integon General Insurance Corporation, presumably pursuant to Virginia Code § 38.2-2206(F) on the grounds that Harvey's vehicle may meet the definition of an "underinsured" motor vehicle as defined by that statute and the relevant policies.

12. Upon information and belief, at the time of the Accident, Affan Mohamad Khattab was operating a vehicle owned by his then-employer, Richmond Express, Inc. and scheduled on the Berkley Policy.

13. The Berkley Policy contains a standard Uninsured Motorist Endorsement (Virginia) (the "Endorsement"), which, under certain circumstances and subject to the terms and conditions of the Endorsement and the Berkley Policy, provides coverage for sums the insured is legally entitled to recover as damages from the owner or operator of an "underinsured motor vehicle."

14. Coverage under the Endorsement for sums the insured is legally entitled to cover as damages from the owner or operator of an "underinsured motor vehicle" is subject to a $70,000 combined single limit.

15. The applicable limit for any claim against the owner or operator of an underinsured motor vehicle claim is $70,000, notwithstanding the fact that the Berkley Policy provides a greater liability limit. Virginia Code § 38.2-2206 permits a named insured—here, Richmond Express, Inc.—to reject "additional uninsured motorist insurance coverage by notifying the insurer as provided in subsection B of § 38.2-2202." The Berkley Policy's

statutory notice under § 38.-2202 is attached as Exhibit C for ease of reference (it is also included as part of Exhibit B).

16. Richmond Express rejected the additional coverage in compliance with § 38.2-2202 and Virginia law, such that the applicable limit for the claim against Harvey is $70,000. For ease of reference, Richmond Express' rejection is attached as Exhibit D (it is also included as part of Exhibit B).

17. Because the amount of liability coverage available to Harvey ($100,000) is greater than the applicable limit under the Berkley Policy ($70,000), and because the Berkley Policy is in the first priority position to receive the liability offset under 38.2-2206 and the Endorsement, Berkley is not responsible for payment under the Berkley Policy in connection with the Accident and/or the Wrongful Death Action, regardless of the amount of the judgment, if any, obtained by Khattab in the Wrongful Death Action.

## CLAIM FOR DECLARATORY RELIEF

18. Berkley realleges and incorporates herein by reference the allegations set forth in paragraphs 1 through 17 of the Counterclaim.

19. Richmond Express validly rejected additional limits under §§ 38.2-2202 and 2206, such that the applicable limit under the Endorsement for claims against owners or operators of underinsured motor vehicles is $70,000.

20. The $70,000 limit under the Berkley Policy is fully offset by the amount of liability coverage available to Harvey, such that Berkley has no exposure, and Berkley is not responsible for any payment under the Berkley Policy in connection with the Accident and/or the Wrongful Death Action, regardless of the amount of the judgment, if any, obtained by Khattab in the Wrongful Death Action.

21. An actual controversy exists as to the limits of the applicable coverage, as Khattab claims the applicable limit to be $1,000,000.

22. Berkley is entitled to a declaration that the applicable limit under the Berkley Policy for purposes of the Accident and/or the Wrongful Death is $70,000, and that such limit is fully offset by the amount of liability coverage available to Harvey, such that the Berkley has no exposure, and Berkley is not responsible for any payment under the Berkley Policy in connection with the Accident and/or the Wrongful Death Action, regardless of the amount of the judgment, if any, obtained by Khattab in the Wrongful Death Action.

WHEREFORE, Counterclaim Plaintiff Berkley Regional Insurance Company, respectfully prays for the following relief:

    a. That this Court declare that the Berkley Policy's applicable limit for Khattab's claim against Harvey is $70,000; and

    b. The applicable limit under the Berkley Policy is fully offset by the amount of liability coverage available to Harvey, such that the Berkley has no exposure, and Berkley is not responsible for any payment under the Berkley Policy in connection with the Accident and/or the Wrongful Death Action, regardless of the amount of the judgment, if any, obtained by Khattab in the Wrongful Death Action.

    c. That this Court grant such other relief as may be warranted, just, necessary and proper under the circumstances.

**BERKLEY REGIONAL INSURANCE COMPANY**

By Counsel

/s/Robert F. Friedman
Robert F. Friedman (VSB No. 82118)
Counsel for Berkley Regional Insurance Company
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
rfriedman@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the ___27th___ day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Jeremy Tishler, Esq.
> LevineCarita PLC
> 1010 Cameron Street
> Alexandria, VA 22314
>
> Bradley P. Marrs, Esq.
> Patrick C. Henry, II, Esq.
> Marrs & Henry
> 7202 Glen Forest Drive, Suite 307
> Richmond, VA 23226

/s/Robert F. Friedman
Robert F. Friedman (VSB No. 82118)
Counsel for Berkley Regional Insurance Company
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
rfriedman@hccw.com