FILED: October 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1462
(3:21-cv-00789-HEH)
_____

MAJDOLEEN A. KHATTAB, Administrator, Estate of Affan Mohamad Khattab, Deceased

        Plaintiff - Appellant

v.

BERKLEY REGIONAL INSURANCE COMPANY; INTEGON GENERAL INSURANCE CORPORATION

        Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

        /s/ NWAMAKA ANOWI, CLERK